AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fuller, Mark E. | USDC-ALMD | 12/02/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

One Church Street, A-300
Montgomery, AL 36104

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America, N.A., Atlanta, Georgia | Revolving Line of Credit | None |
| 2. | Community Bank & Trust, Enterprise, AL | Signature Loan/Unsecured | None |
| 3. | Everhome Mortgage | Real Estate ▓▓▓ | L |
| 4. | Merrill Lynch | Call SPXQ | K |
| 5. | Merrill Lynch | PUT SPXQ | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Doss of Alabama, Inc./Aureus Aviation, Inc. | G | Distribution | O | U | | | | | |
| 2. IRA #1 ▮▮▮▮▮ | A | Dividend | K | T | | | | | |
| 3. - Wells Fargo Bank Deposit | | | | | | | | | |
| 4. - Conagra Foods, Inc. | | | | | | | | | |
| 5. - Lo Jack Corporation | | | | | | | | | |
| 6. - Unilever | | | | | | | | | |
| 7. ▮▮▮▮ Custodian Minors Act -- ▮▮ #1 | B | Dividend | K | T | | | | | |
| 8. - Conagra Foods, Inc. | | | | | | | | | |
| 9. - Wells Fargo Bank Deposit | | | | | | | | | |
| 10. New York Life --▮▮ #1 | A | Dividend | J | T | | | | | |
| 11. Northwestern Mutual Life | D | Dividend | L | T | | | | | |
| 12. New York Life | C | Dividend | K | T | | | | | |
| 13. Regions Bank Account | | None | J | T | | | | | |
| 14. ServisFirst Bank Accounts | A | Interest | L | T | | | | | |
| 15. ServisFirst Bank Account ▮▮▮ | | None | J | T | | | | | |
| 16. ServisFirst Bank | B | Dividend | M | T | | | | | |
| 17. CB&T Bank Account | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rental Prop, Enterprise, AL (2013 County Tax Asses $271,160) | C | Rent | N | S | | | | | |
| 19. Wells Fargo Money Market | | None | | | Closed | 09/01/13 | J | | |
| 20. ▓▓▓ Panama City Beach, FL($126,972 Tax Assmt 2013) | | None | M | S | | | | | |
| 21. Comm Prop, Enterprise, AL (Tax Assessment $93,740 2013) | D | Rent | L | S | | | | | |
| 22. Pinehurst, LLC | D | Distribution | N | U | | | | | |
| 23. Lot-Montgomery, Alabama ($125,000 tax assessment 2012) | | None | M | S | | | | | |
| 24. (X)Real Estate - Montgomery ▓▓▓ | | None | L | W | | | | | |
| 25. (X) 401(K) Account ▓▓▓ | | None | K | T | | | | | |
| 26. Note Receivable - ▓▓▓ | E | Interest | N | U | Open | 01/01/13 | N | | |
| 27. Merrill Lynch Cash #1 | A | Interest | L | T | | | | | |
| 28. BIF Money Fund | A | Interest | | | Closed | 09/30/13 | J | | |
| 29. Merrill Lynch Cash #2 | | None | J | T | | | | | |
| 30. Abbott Labs | A | Dividend | | | Buy (add'l) | 01/02/13 | J | | |
| 31. | | | | | Sold | 03/04/13 | K | B | |
| 32. Air Products & Chem | A | Dividend | | | Buy | 06/04/13 | K | | |
| 33. | | | | | Sold | 07/02/13 | K | | |
| 34. (X) Abbvie Inc Shs | | None | | | Sold | 01/02/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Automatic Data Proc | A | Dividend | K | T | Buy (add'l) | 02/14/13 | J | | |
| 36. | | | | | Sold (part) | 03/04/13 | J | A | |
| 37. | | | | | Sold (part) | 10/02/13 | J | C | |
| 38. Baxter Interntl Inc | A | Dividend | | | Buy (add'l) | 02/14/13 | J | | |
| 39. | | | | | Sold (part) | 08/02/13 | J | B | |
| 40. | | | | | Sold | 08/02/13 | J | C | |
| 41. CSX Corp | A | Dividend | K | T | Buy | 08/02/13 | K | | |
| 42. | | | | | Buy (add'l) | 12/03/13 | J | | |
| 43. | | | | | Sold (part) | 10/02/13 | J | | |
| 44. C.H. Robinson Worldwide | | None | | | Sold | 01/02/13 | K | A | |
| 45. Chevron Corp | A | Dividend | | | Sold (part) | 06/04/13 | K | B | |
| 46. | | | | | Sold | 06/04/13 | J | B | |
| 47. Coca Cola Com | A | Dividend | | | Buy (add'l) | 02/14/13 | J | | |
| 48. | | | | | Sold (part) | 08/02/13 | J | A | |
| 49. | | | | | Sold | 08/02/13 | J | A | |
| 50. Du Pont E I De Nemours | A | Dividend | | | Buy | 08/02/13 | K | | |
| 51. | | | | | Sold | 11/04/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Eaton Corp Plc | | None | | | Buy (add'l) | 02/04/13 | K | | |
| 53. | | | | | Sold | 03/05/13 | K | B | |
| 54. Exxon Mobil Corp | | None | | | Sold (part) | 01/02/13 | J | A | |
| 55. | | | | | Sold (part) | 10/02/13 | J | A | |
| 56. Exxon Mobil Corp | A | Dividend | K | T | Buy (add'l) | 02/14/13 | J | | |
| 57. Emerson Elec Co | A | Dividend | K | T | Buy | 01/02/13 | J | | |
| 58. | | | | | Sold (part) | 10/02/13 | J | B | |
| 59. | | | | | Buy (add'l) | 12/03/13 | K | | |
| 60. Genuine Parts Co | A | Dividend | K | T | Buy | 07/02/13 | J | | |
| 61. | | | | | Buy (add'l) | 12/03/13 | K | | |
| 62. | | | | | Sold (part) | 10/02/13 | J | | |
| 63. Genl Dynamics Corp Com | | None | | | Buy (add'l) | 02/14/13 | J | | |
| 64. | | | | | Sold (part) | 03/04/13 | K | A | |
| 65. | | | | | Sold | 03/04/13 | J | | |
| 66. Honeywell Int Inc Del | A | Dividend | | | Buy (add'l) | 03/04/13 | J | | |
| 67. | | | | | Sold | 07/02/13 | J | D | |
| 68. Johnson and Johnson Com | A | Dividend | K | T | Buy | 03/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/03/13 | K | | |
| 70. | | | | | Sold (part) | 10/02/13 | J | B | |
| 71. Linear Technology Corp | A | Dividend | K | T | Buy (add'l) | 12/03/13 | J | | |
| 72. | | | | | Sold (part) | 09/04/13 | J | B | |
| 73. | | | | | Sold (part) | 10/02/13 | J | A | |
| 74. McDonalds Corp Common | A | Dividend | K | T | Buy (add'l) | 12/03/13 | J | | |
| 75. | | | | | Sold (part) | 01/02/13 | J | | |
| 76. | | | | | Sold (part) | 10/02/13 | J | A | |
| 77. Medtronic Inc Com | A | Dividend | | | Buy (add'l) | 03/04/13 | K | | |
| 78. | | | | | Sold | 11/04/13 | K | C | |
| 79. | | | | | Sold | 08/02/13 | K | C | |
| 80. Microsoft Corp | A | Dividend | | | Buy (add'l) | 03/04/13 | J | | |
| 81. | | | | | Sold (part) | 12/03/13 | J | A | |
| 82. | | | | | Sold | 12/03/13 | K | C | |
| 83. Northrop Grumman Corp | A | Dividend | K | T | Buy | 08/02/13 | J | | |
| 84. | | | | | Sold (part) | 11/04/13 | J | A | |
| 85. | | | | | Buy (add'l) | 12/03/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Paychex Inc | A | Dividend | K | T | Buy (add'l) | 12/03/13 | J | | |
| 87. | | | | | Sold (part) | 02/14/13 | J | A | |
| 88. | | | | | Sold (part) | 10/02/13 | J | B | |
| 89. Procter & Gamble | A | Dividend | K | T | Buy | 04/02/13 | J | | |
| 90. | | | | | Sold | 10/02/13 | J | | |
| 91. | | | | | Buy (add'l) | 12/03/13 | K | | |
| 92. Quest Diagnostics | | None | K | T | Buy | 11/04/13 | K | | |
| 93. | | | | | Sold (part) | 12/30/13 | K | | |
| 94. Raytheon Co Delaware New | A | Dividend | K | T | Buy | 08/02/13 | J | | |
| 95. | | | | | Sold (part) | 10/02/13 | J | A | |
| 96. | | | | | Buy (add'l) | 12/03/13 | J | | |
| 97. Target Corp | A | Dividend | | | Buy | 03/04/13 | K | | |
| 98. | | | | | Sold | 12/03/13 | K | | |
| 99. 3 M Company | A | Dividend | | | Buy (add'l) | 06/04/13 | J | | |
| 100. | | | | | Sold (part) | 12/03/13 | J | B | |
| 101. | | | | | Sold | 12/03/13 | K | C | |
| 102. Tiffany & Co New | A | Dividend | | | Buy | 01/02/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 04/02/13 | K | C | |
| 104. United Techs Corp Com | A | Dividend | K | T | Buy | 03/04/13 | J | | |
| 105. | | | | | Sold | 10/02/13 | J | B | |
| 106. | | | | | Buy (add'l) | 12/03/13 | K | | |
| 107. Wal-Mart Stores | A | Dividend | K | T | Buy (add'l) | 12/03/13 | J | | |
| 108. | | | | | Sold (part) | 10/02/13 | J | A | |
| 109. Merrill Lynch Bank Deposit #3 | A | Interest | L | T | | | | | |
| 110. Merrill Lynch Bank Deposit #4 | A | Interest | J | T | | | | | |
| 111. Artisan International | A | Dividend | L | T | Buy | 07/08/13 | L | | |
| 112. Harbor International | B | Dividend | L | T | Buy | 07/08/13 | L | | |
| 113. iShares Msci Eafe | A | Dividend | K | T | Buy | 07/08/13 | K | | |
| 114. MFS International Value | A | Dividend | L | T | Buy | 07/08/13 | K | | |
| 115. Oppenheimer International | A | Dividend | L | T | Buy | 07/08/13 | L | | |
| 116. WHV International Equity | A | Dividend | L | T | Buy | 07/08/13 | K | | |
| 117. Gilead Sciences, Inc. | | None | | | Buy | 02/27/13 | K | | |
| 118. | | | | | Sold | 07/09/13 | K | C | |
| 119. Ares Capital Corp | A | Interest | | | Buy | 06/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 07/09/13 | J | | |
| 121. Amgen Inc | A | Interest | | | Sold (part) | 02/21/13 | J | A | |
| 122. | | | | | Sold | 02/21/13 | J | A | |
| 123. Intel Corp | A | Interest | | | Sold | 07/09/13 | J | A | |
| 124. EMC Corp | | None | | | Buy | 02/20/13 | J | | |
| 125. | | | | | Sold | 07/09/13 | J | A | |
| 126. Ford Motor Company | | None | | | Buy | 02/05/13 | J | | |
| 127. | | | | | Sold | 07/09/13 | J | A | |
| 128. Giliead Sciences Inc | A | Interest | | | Sold (part) | 02/27/13 | J | C | |
| 129. | | | | | Sold | 02/27/13 | J | C | |
| 130. Jefferies Group Inc | A | Interest | | | Sold (part) | 07/09/13 | J | A | |
| 131. | | | | | Sold | 07/09/13 | J | A | |
| 132. Medtronic | A | Interest | | | Sold (part) | 04/15/13 | J | | |
| 133. | | | | | Sold | 04/15/13 | J | | |
| 134. Novellus System Inc | A | Interest | | | Buy | 03/27/13 | J | | |
| 135. | | | | | Sold | 07/09/13 | J | A | |
| 136. Priceline.Com Inc | A | Interest | | | Buy | 03/27/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 12 of 57

**Name of Person Reporting**

Fuller, Mark E.

**Date of Report**

12/02/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 07/09/13 | J | A | |
| 138. | | | | | Buy | 05/29/13 | J | | |
| 139. | | | | | Sold | 07/11/13 | J | B | |
| 140. Textron Inc | A | Interest | | | Sold | 04/11/13 | J | A | |
| 141. Boston PPTYS Inc | A | Interest | | | Buy | 06/14/13 | J | | |
| 142. | | | | | Sold | 07/03/13 | J | | |
| 143. United Technologies Corp Corporate Units | A | Interest | | | Buy (add'l) | 05/10/13 | J | | |
| 144. | | | | | Sold | 07/03/13 | J | A | |
| 145. | | | | | Sold | 07/03/13 | J | A | |
| 146. Dominion Res Inc Corporate Units 2013 Ser A | | None | | | Buy | 07/01/13 | J | | |
| 147. | | | | | Sold | 07/03/13 | J | | |
| 148. Health Care Reit 6.5% | A | Dividend | | | Sold (part) | 07/03/13 | J | A | |
| 149. | | | | | Sold | 07/03/13 | J | A | |
| 150. Metlife, Inc. | A | Dividend | | | Buy (add'l) | 05/13/13 | J | | |
| 151. | | | | | Sold (part) | 07/03/13 | J | A | |
| 152. | | | | | Sold | 07/03/13 | J | A | |
| 153. Nextera Energy Inc | A | Interest | | | Buy | 02/28/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 07/03/13 | J | A | |
| 155. | | | | | Sold | 07/05/13 | J | A | |
| 156. Netapp Inc | | None | | | Buy | 06/03/13 | J | | |
| 157. | | | | | Sold | 07/03/13 | J | A | |
| 158. Stanley Blk & Decker, Inc | | None | | | Buy | 06/10/13 | J | | |
| 159. | | | | | Sold | 07/03/13 | J | A | |
| 160. WHV International Equity Fund | | None | | | Buy | 07/08/13 | J | | |
| 161. | | | | | Sold | 10/23/13 | J | A | |
| 162. Artisan International Fund Investor CL | | None | | | Buy | 07/08/13 | J | | |
| 163. | | | | | Sold | 10/23/13 | J | A | |
| 164. MFS International Value | B | Dividend | | | Buy | 07/08/13 | J | | |
| 165. | | | | | Sold | 10/23/13 | J | A | |
| 166. Harbor International Fund Instl Cl | | None | | | Buy | 07/08/13 | J | | |
| 167. | | | | | Sold | 10/23/13 | J | A | |
| 168. Oppenheimer Internatl Growth Fd Cl Y | | None | | | Buy | 07/08/13 | J | | |
| 169. | | | | | Sold | 10/23/13 | J | A | |
| 170. Xilinx Inc Conv Bond | A | Interest | | | Sold | 07/09/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Archer Daniels Midland C | A | Interest | | | Sold | 07/09/13 | J | | |
| 172. ALCOA Inc | A | Interest | | | Sold | 07/09/13 | J | | |
| 173. Allegheny Tech Inc | A | Interest | | | Sold | 07/09/13 | J | | |
| 174. Boston Properties 3.75% | A | Dividend | | | Sold | 06/14/13 | J | | |
| 175. EMC Corp | A | Interest | | | Sold | 07/09/13 | J | | |
| 176. Ford Motor Company | A | Interest | | | Sold | 07/09/13 | J | A | |
| 177. Lam Research Corp | A | Interest | | | Sold | 07/09/13 | J | A | |
| 178. Molson Coors Brewing Co Conv Company Guarant | A | Interest | | | Sold | 07/09/13 | J | | |
| 179. Nuance Communicaions CONV | A | Interest | | | Sold | 07/09/13 | J | | |
| 180. Newmont Mining Corp | A | Interest | | | Sold | 07/09/13 | J | | |
| 181. Netapp Inc. | A | Interest | | | Sold | 06/03/13 | J | | |
| 182. Prologis Inc | A | Interest | | | Sold | 07/09/13 | J | A | |
| 183. Symantec Corp | A | Interest | | | Sold | 06/20/13 | J | A | |
| 184. TEVA Pharm Finance LLC | A | Interest | | | Sold | 07/09/13 | J | | |
| 185. Tyson Foods, Inc. | A | Interest | | | Sold | 07/09/13 | J | B | |
| 186. Textron Inc | | None | | | Sold | 04/11/13 | J | A | |
| 187. AMG Capital Trust | A | Interest | | | Sold | 07/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Aspen Insurance Holdings LTD | A | Dividend | | | Sold (part) | 05/30/13 | J | | |
| 189. | | | | | Buy (add'l) | 05/30/13 | J | | |
| 190. | | | | | Sold | 07/03/13 | J | | |
| 191. Apache Corporation Depositary Shares | A | Dividend | | | Sold | 07/03/13 | J | | |
| 192. Fifth Third Bancorp | A | Dividend | | | Sold | 07/03/13 | J | A | |
| 193. NY Community Cap Trust V | A | Dividend | | | Sold | 07/03/13 | J | A | |
| 194. Stanley Blk & Decker, Inc. | A | Dividend | | | Sold | 07/03/13 | J | A | |
| 195. Wells Fargo & Co New | A | Dividend | | | Sold | 07/03/13 | J | B | |
| 196. Danaher Corp | A | Interest | | | Sold | 07/09/13 | J | C | |
| 197. International Game Tech | A | Interest | | | Buy | 02/27/13 | J | | |
| 198. | | | | | Sold | 07/09/13 | J | | |
| 199. Merrill Lynch Bank Deposit Program #5 | A | Interest | J | T | | | | | |
| 200. Aegon N.V. (AEG) | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 201. Aegon NV | A | Dividend | | | Sold | 04/02/13 | J | A | |
| 202. Aegon NV | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 203. Aegon NV | A | Dividend | | | Sold (part) | 04/02/13 | J | A | |
| 204. | | | | | Sold | 08/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Aegon NV | | None | | | Sold | 08/01/13 | J | | |
| 206.  Aegon NV PFD | A | Dividend | | | Sold (part) | 05/21/13 | J | A | |
| 207. | | | | | Sold | 05/22/13 | J | A | |
| 208.  Affiliated Managers Grou | A | Interest | | | Buy (add'l) | 07/30/13 | J | | |
| 209. | | | | | Sold | 08/01/13 | J | | |
| 210.  Affiliated Managers | A | Interest | | | Sold | 08/01/13 | J | | |
| 211.  Aflac Inc | A | Interest | | | Buy (add'l) | 07/08/13 | J | | |
| 212. | | | | | Sold | 08/01/13 | J | | |
| 213.  Alexandria Real Estate | A | Dividend | | | Sold | 08/01/13 | J | | |
| 214.  Allianz SE | A | Dividend | | | Sold | 06/17/13 | J | | |
| 215.  American Financial 5.75% | A | Interest | | | Buy (add'l) | 07/26/13 | J | | |
| 216. | | | | | Sold | 08/01/13 | J | | |
| 217.  American Financial 6.375% | A | Interest | | | Sold (part) | 04/08/13 | J | A | |
| 218. | | | | | Sold | 08/01/13 | J | A | |
| 219.  Ameriprise Financial Inc | A | Interest | | | Sold (part) | 02/04/13 | J | | |
| 220. | | | | | Sold | 08/01/13 | J | | |
| 221.  Arch Capital Group Ltd | A | Dividend | | | Sold | 08/01/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Aspen Insurance Hldg Ltd | A | Dividend | | | Sold (part) | 04/08/13 | J | A | |
| 223. | | | | | Sold | 08/01/13 | J | A | |
| 224.  Axis Capital Hldgs Ltd | A | Dividend | | | Sold (part) | 08/01/13 | J | | |
| 225. | | | | | Sold | 08/01/13 | J | A | |
| 226.  Bank of New York Mellon 5.20% | A | Dividend | | | Buy (add'l) | 07/09/13 | J | | |
| 227. | | | | | Sold | 08/01/13 | J | | |
| 228.  Barclays Bank PLC 6.625% | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 229.  Barclays Bank PLC 7.100% | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 230.  Barclays Bank PLC 7.75% | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 231.  Barclays Bank PLC 8.125% | A | Dividend | | | Sold | 08/01/13 | J | | |
| 232.  BB&T Corporation 5.85% | A | Dividend | | | Sold (part) | 04/08/13 | J | A | |
| 233. | | | | | Sold | 05/21/13 | J | A | |
| 234.  BB&T Corporation 5.625% | A | Dividend | | | Buy (add'l) | 07/30/13 | J | | |
| 235. | | | | | Sold | 08/01/13 | J | | |
| 236.  Capital One Financial Series B | A | Dividend | | | Buy (add'l) | 06/21/13 | J | | |
| 237. | | | | | Sold | 08/01/13 | J | | |
| 238.  Citigroup Cap Trust IX | A | Interest | | | Sold | 08/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Citigroup Capital X | A | Interest | | | Sold | 08/01/13 | J | A | |
| 240. Citigroup Capital XIII | A | Interest | | | Sold | 08/01/13 | J | A | |
| 241. Citigroup Capital XI | A | Interest | | | Sold | 08/01/13 | J | A | |
| 242. Citigroup Capital XVI | A | Interest | | | Sold | 07/15/13 | J | A | |
| 243. Citigroup Capital XVII | A | Interest | | | Sold | 08/01/13 | J | A | |
| 244. Comcast Corporation | A | Dividend | | | Sold | 08/01/13 | J | | |
| 245. Commonwealth REIT 7.5% | A | Int./Div. | | | Sold | 07/02/13 | J | | |
| 246. Commonwealth REIT 5.75% | A | Interest | | | Sold | 04/16/13 | J | A | |
| 247. Credit Suisse | A | Dividend | | | Sold (part) | 03/28/13 | J | | |
| 248. | | | | | Sold | 03/28/13 | J | | |
| 249. DB Capital FDG VIII | A | Dividend | | | Sold (part) | 05/10/13 | J | A | |
| 250. | | | | | Sold | 05/24/13 | J | A | |
| 251. DB Cont Cap Trst II | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 252. BD Cont Cap Trust III | A | Interest | | | Sold | 08/01/13 | J | A | |
| 253. Deutsche Bk Cap Trust V | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 254. Deutsche Bk Capital FDG | A | Interest | | | Sold | 02/08/13 | J | A | |
| 255. Digital Realty Trust Inc 7.00% | A | Dividend | | | Sold | 08/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Digital REalty TRust Inc 6.625% | A | Dividend | | | Sold | 08/01/13 | J | | |
| 257. Dominion Resources | A | Interest | | | Sold (part) | 02/06/13 | J | | |
| 258. | | | | | Sold | 08/01/13 | J | | |
| 259. DTE Energy Co (DTE) | A | Interest | | | Sold | 08/01/13 | J | | |
| 260. DTE Energy Co Ser C | A | Interest | | | Sold | 08/01/13 | J | | |
| 261. Entergy Arkansas | A | Interest | | | Sold (part) | 08/01/13 | J | | |
| 262. | | | | | Sold | 08/01/13 | J | | |
| 263. Entergy Arkansas Inc | A | Interest | | | Sold | 08/01/13 | J | | |
| 264. Entergy LA LLC | A | Interest | | | Sold | 08/01/13 | J | | |
| 265. Entergy Louisiana LLC | A | Interest | | | Sold | 08/01/13 | J | | |
| 266. Entergy Mississippi Inc | A | Int./Div. | | | Sold | 08/01/13 | J | | |
| 267. Entergy Texas Inc | A | Interest | | | Sold | 08/01/13 | J | | |
| 268. Everest Re Cap Trust II | A | Interest | | | Sold | 05/24/13 | J | | |
| 269. First Niagara Fincl Grp | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 270. General Elec Cap Corp | A | Interest | | | Sold | 08/01/13 | J | | |
| 271. Goldman Sachs GP | A | Interest | | | Sold | 08/01/13 | J | A | |
| 272. Goldman Sachs Group Inc | A | Interest | | | Sold | 08/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Goldman Sachs Group Inc | A | Interest | | | Sold (part) | 08/01/13 | J | A | |
| 274. | | | | | Sold | 08/01/13 | J | A | |
| 275. Hartford Finl Svcs Grp | A | Interest | | | Sold (part) | 04/08/13 | J | A | |
| 276. | | | | | Sold | 08/01/13 | J | A | |
| 277. Health Care Reit Inc | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 278. Hospitality Prop Trust | A | Dividend | | | Sold | 08/01/13 | J | | |
| 279. HSBC Hldgs Plc 6.20% | A | Dividend | | | Sold (part) | 04/08/13 | J | A | |
| 280. | | | | | Sold | 08/01/13 | J | | |
| 281. HSBC Hldgs Plc 8.00% | A | Dividend | | | Sold (part) | 08/01/13 | J | | |
| 282. | | | | | Sold | 08/01/13 | J | | |
| 283. HSBC Hldgs Plc 8.125% | A | Dividend | | | Sold | 02/26/13 | J | | |
| 284. Ing Groep N.V. 6.375% | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 285. Ing Groep NV 6.125% | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 286. Ing Group NV 7.375% | A | Int./Div. | | | Sold | 04/19/13 | J | A | |
| 287. | | | | | Sold | 04/09/13 | J | A | |
| 288. Ing Group NV 7.050% | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 289. Ing Group NV 7.20% | A | Int./Div. | | | Sold | 08/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. JPM Chase Cap Tr XI | A | Interest | | | Sold | 01/09/13 | J | | |
| 291. JP Morgan Chase & Co | A | Dividend | | | Buy (add'l) | 06/12/13 | J | | |
| 292. | | | | | Sold | 08/01/13 | J | | |
| 293. JPMorgan Chase Cap XXIX | A | Interest | | | Sold | 01/29/13 | J | | |
| 294. Kimco Realty Corp Clakk J | A | Dividend | | | Sold (part) | 08/01/13 | J | | |
| 295. | | | | | Sold | 08/01/13 | J | | |
| 296. Kimco Realty Corp Class K | A | Dividend | | | Sold | 08/01/13 | J | | |
| 297. Kimco Realty Corp 6.90% | A | Dividend | | | Sold | 08/01/13 | J | | |
| 298. Kimco Realty Corp Class I | A | Dividend | | | Sold | 08/01/13 | J | | |
| 299. Lloyds Banking Grp PLC | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 300. Morgan Stanley Ser A | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 301. Morgan Stanley Cap Tr VI | A | Interest | | | Sold | 03/06/13 | J | A | |
| 302. Morgan Stanley Cap Tr VII | A | Interest | | | Sold | 08/01/13 | J | A | |
| 303. Morgan Stanley Cap Tr IV | A | Interest | | | Sold | 08/01/13 | J | A | |
| 304. Morgan Stanley Cap Tr V | A | Interest | | | Sold | 08/01/13 | J | A | |
| 305. Morgan Stanley Cap VIII | A | Interest | | | Sold (part) | 01/30/13 | J | A | |
| 306. | | | | | Sold | 08/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Morgan Stanley CP Tr III | A | Interest | | | Sold | 08/01/13 | J | A | |
| 308. Natl Retail PPTY Inc | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 309. Nextera Energy Capital Series G | A | Interest | | | Sold (part) | 04/08/13 | J | A | |
| 310. | | | | | Sold | 08/01/13 | J | | |
| 311. Nextera Energy Capital Series H | A | Interest | | | Buy (add'l) | 07/11/13 | J | | |
| 312. | | | | | Sold (part) | 08/01/13 | J | A | |
| 313. | | | | | Sold | 08/01/13 | J | | |
| 314. Nextera Energy Capital Series I | A | Interest | | | Sold | 08/01/13 | J | | |
| 315. Partner Re LTD | A | Dividend | | | Sold | 03/18/13 | J | | |
| 316. Partnerre Ltd | A | Dividend | | | Sold | 08/01/13 | J | | |
| 317. Partnerre Ltd (Pre) Ser E | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 318. PNC Financial Services Series P | A | Dividend | | | Buy (add'l) | 01/24/13 | J | | |
| 319. | | | | | Sold (part) | 08/01/13 | J | | |
| 320. | | | | | Sold | 08/01/13 | J | A | |
| 321. PNC Financial Services Series Q | A | Dividend | | | Sold | 08/01/13 | J | | |
| 322. Protective Life Corp 6.25% | A | Interest | | | Sold (part) | 04/08/13 | J | A | |
| 323. | | | | | Sold | 08/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  Protective Life Corp 6.00% | A | Interest | | | Buy (add'l) | 07/03/13 | J | | |
| 325. | | | | | Sold | 08/01/13 | J | | |
| 326.  Prudential Financial 9.0% | A | Interest | | | Sold (part) | 01/31/13 | J | | |
| 327. | | | | | Sold | 06/17/13 | J | | |
| 328.  Prudential Fincl Inc 5.75% | A | Interest | | | Sold | 08/01/13 | J | | |
| 329.  PS Business Parks Inc Series U | A | Dividend | | | Sold | 08/01/13 | J | | |
| 330.  PS Business Parks Inc Series R | A | Dividend | | | Sold | 08/01/13 | J | | |
| 331.  PS Business Parks Inc Series S | A | Dividend | | | Sold | 08/01/13 | J | | |
| 332.  PS Business Parks, Inc Series T | A | Dividend | | | Sold | 04/08/13 | J | A | |
| 333.  Public Storage 5.625% | A | Dividend | | | Sold (part) | 04/08/13 | J | A | |
| 334. | | | | | Sold | 08/01/13 | J | | |
| 335.  Public Storage Series V | A | Dividend | | | Sold | 08/01/13 | J | | |
| 336.  Public Storage Series P | A | Dividend | | | Sold | 08/01/13 | J | | |
| 337.  Public Storage 6.875% | A | Dividend | | | Sold | 08/01/13 | J | | |
| 338.  Public Storage (PSA) Series T | A | Dividend | | | Sold | 08/01/13 | J | | |
| 339.  Public Storage (PSA) Series R | A | Dividend | | | Sold | 08/01/13 | J | | |
| 340.  Public Storage (PSA) Series S | A | Dividend | | | Sold | 08/01/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Public Storage PFD Shr 6.5% | A | Dividend | | | Sold | 08/01/13 | J | | |
| 342. Qwest Corp 7.375% | A | Interest | | | Sold | 08/01/13 | J | | |
| 343. Qwest Corp (CTL) | A | Interest | | | Sold | 08/01/13 | J | | |
| 344. Qwest Corporation | A | Interest | | | Sold | 08/01/13 | J | A | |
| 345. Qwest Corporation 7.00% | A | Interest | | | Sold (part) | 04/08/13 | J | A | |
| 346. | | | | | Sold | 08/01/13 | J | A | |
| 347. Raymond James Financial | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 348. Realty Income | A | Dividend | | | Sold | 08/01/13 | J | | |
| 349. Regency Centers Corp Ser 6 | A | Dividend | | | Sold | 08/01/13 | J | | |
| 350. Regency Centers Corp Ser 7 | A | Dividend | | | Sold | 08/01/13 | J | | |
| 351. Renaissancere Hldgs Ltd Series D | A | Dividend | | | Sold (part) | 04/08/13 | J | A | |
| 352. | | | | | Sold | 06/27/13 | J | | |
| 353. Renaissancere Hldgs Ltd Series C | A | Dividend | | | Sold | 08/01/13 | J | | |
| 354. Royal Bk of Scot Grp Plc Series M | A | Dividend | | | Sold (part) | 04/08/13 | J | A | |
| 355. | | | | | Sold | 08/01/13 | J | A | |
| 356. Royal Bk of Scot Grp Plc Series L | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 357. Royal Bk of Scot Grp Plc 6.35% | A | Dividend | | | Sold (part) | 04/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 08/01/13 | J | A | |
| 359. Royal Bk Scotland Group 6.125% | A | Dividend | | | Sold | 08/02/13 | J | A | |
| 360. Royal Bk Scotlnd Grp Plc Series S | A | Dividend | | | Sold (part) | 04/08/13 | J | A | |
| 361. | | | | | Sold | 08/01/13 | J | A | |
| 362. Santander Fin PFD Sa Uni | | None | | | Sold | 01/31/13 | J | A | |
| 363. Scana Corporation | A | Interest | | | Sold | 08/01/13 | J | | |
| 364. Senior Housing PPTY | A | Interest | | | Sold (part) | 08/01/13 | J | | |
| 365. | | | | | Sold | 08/01/13 | J | | |
| 366. Stanley Black & Decker | A | Interest | | | Buy (add'l) | 06/05/13 | J | | |
| 367. | | | | | Sold (part) | 08/01/13 | J | A | |
| 368. | | | | | Sold | 08/01/13 | J | | |
| 369. State Street Corp Series C | A | Dividend | | | Buy (add'l) | 06/11/13 | J | | |
| 370. | | | | | Sold | 08/01/13 | J | | |
| 371. TCF Financial Co | A | Dividend | | | Sold (part) | 04/08/13 | J | A | |
| 372. | | | | | Sold | 08/01/13 | J | | |
| 373. Telephone & Data System 6.875% | A | Interest | | | Sold | 08/01/13 | J | | |
| 374. Telephone & Data System 7.00% | A | Interest | | | Sold | 08/01/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Telephone & Data Systems 5.875% | A | Interest | | | Sold | 08/01/13 | J | | |
| 376. The Charles Schwab | A | Dividend | | | Sold (part) | 08/01/13 | J | A | |
| 377. | | | | | Sold | 08/01/13 | J | A | |
| 378. The Goldman Sachs Grp | A | Dividend | | | Sold | 08/01/13 | J | | |
| 379. Torchmark Corp | A | Interest | | | Sold | 08/01/13 | J | | |
| 380. UBS Pref Fndng Trust IV | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 381. US Bancorp SR B | A | Dividend | | | Sold | 08/01/13 | J | | |
| 382. US Bancorp Series G | A | Dividend | | | Sold (part) | 04/08/13 | J | A | |
| 383. | | | | | Sold | 08/01/13 | J | A | |
| 384. US Bancorp Pfd Stk | A | Dividend | | | Buy (add'l) | 05/28/13 | J | | |
| 385. | | | | | Sold (part) | 08/01/13 | J | | |
| 386. | | | | | Sold | 08/01/13 | J | | |
| 387. US Cellular Corp (USM) | A | Interest | | | Sold | 08/01/13 | J | | |
| 388. Vornado Realty Tr | A | Dividend | | | Sold (part) | 04/08/13 | J | A | |
| 389. | | | | | Sold | 08/01/13 | J | | |
| 390. Vornado Realty Tr Ser J | A | Dividend | | | Sold | 08/01/13 | J | | |
| 391. Vornado Rlty IP 7.875% | A | Interest | | | Sold | 08/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. W.R. Berkley Captl Tr II | A | Interest | | | Sold (part) | 02/20/13 | J | | |
| 393. | | | | | Sold | 05/28/13 | J | | |
| 394. Wachovia Pfd Funding | A | Dividend | | | Sold | 03/20/13 | J | | |
| 395. Weingarten Realty | A | Dividend | | | Sold | 08/01/13 | J | | |
| 396. Weingarten Realty Invst | A | Dividend | | | Sold (part) | 03/18/13 | J | A | |
| 397. | | | | | Sold | 06/05/13 | J | | |
| 398. Weingarten Rlty | A | Int./Div. | | | Sold | 08/01/13 | J | | |
| 399. Wells Fargo Capital IX | A | Interest | | | Sold | 02/04/13 | J | | |
| 400. Xcel Energy Inc | A | Interest | | | Sold (part) | 03/15/13 | J | | |
| 401. | | | | | Sold | 05/31/13 | J | | |
| 402. Partners Group Private | A | Int./Div. | M | T | Buy | 11/01/13 | M | | |
| 403. Skybridge Multi-Adviser Hedge Fund Portfolios, LLC | D | Dividend | M | T | Buy | 09/01/13 | M | | |
| 404. Skybridge Multi-Adviser | | None | M | T | Buy | 11/01/13 | M | | |
| 405. Call Spar O MLBWSPAR Indx | | None | M | T | Buy | 01/01/13 | M | | |
| 406. The Allstate corp Fixed | A | Interest | | | Buy | 01/24/13 | J | | |
| 407. | | | | | Sold | 08/01/13 | J | | |
| 408. Aspen Insurance Hldg Ltd New Money | A | Dividend | | | Buy | 06/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold | 08/01/13 | J | A | |
| 410. AXIS Capital Hldgs Ltd | | None | | | Buy | 05/21/13 | J | | |
| 411. | | | | | Sold | 08/01/13 | J | | |
| 412. Allstate Corp | | None | | | Buy | 07/11/13 | J | | |
| 413. | | | | | Sold | 08/01/13 | J | A | |
| 414. BB&T Corporation Non-Cum Pfd Stk 5.20% | | None | | | Buy | 07/17/13 | J | | |
| 415. | | | | | Sold | 08/01/13 | J | | |
| 416. Boston Properties Inc. Series B Cum Prf 5.25% | A | Dividend | | | Buy | 03/19/13 | J | | |
| 417. | | | | | Sold | 08/01/13 | J | | |
| 418. BB&T Corporation Series G Non-Cum Perp 5.20% Preferred Stock | | None | | | Buy | 07/09/13 | J | | |
| 419. | | | | | Sold | 08/01/13 | J | | |
| 420. U.S. Bancorp Series H Non-Cum 5.15% | A | Dividend | | | Buy | 05/03/13 | J | | |
| 421. | | | | | Sold | 08/01/13 | J | | |
| 422. CitiGroup Inc Non-Cum Pfd Series C 05.800% | A | Dividend | | | Buy | 06/26/13 | J | | |
| 423. | | | | | Sold | 08/01/13 | J | | |
| 424. Digital Realty Trust Inc Ser F Cum Redmble PFD Stk 6.625% | | None | | | Buy | 07/16/13 | J | | |
| 425. | | | | | Sold | 08/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Duke Energy Corp Junior Sub Debentures 5.125% | | None | | | Buy | 02/05/13 | J | | |
| 427. | | | | | Sold | 08/01/13 | J | | |
| 428. Digital Realty Trust Inc | A | Dividend | | | Buy | 07/08/13 | J | | |
| 429. | | | | | Sold | 08/01/13 | J | | |
| 430. Entergy Louisiana LLC New Money 06.000% | | None | | | Buy | 06/18/13 | J | | |
| 431. | | | | | Sold | 08/01/13 | J | | |
| 432. Entergy Arkansas Inc New Money | | None | | | Buy | 06/20/13 | J | | |
| 433. | | | | | Sold | 08/01/13 | J | | |
| 434. Entergy Louisiana LLC New Money 04.700% | | None | | | Buy | 07/31/13 | J | | |
| 435. | | | | | Sold | 08/02/13 | J | A | |
| 436. General Elec Cap Corp Senior Notes 4.875% | A | Interest | | | Buy | 01/23/13 | J | | |
| 437. | | | | | Sold | 08/01/13 | J | | |
| 438. General Elec Cap Corp Senior Notes 4.70% | | None | | | Buy | 05/10/13 | J | | |
| 439. | | | | | Sold | 08/01/13 | J | | |
| 440. JPMorgan Chase & Co NOn-Cum Pfd Stk Series P 05-450% | A | Dividend | | | Buy | 01/30/13 | J | | |
| 441. | | | | | Sold | 08/01/13 | J | | |
| 442. Interstate Power & Light New Money | A | Dividend | | | Buy | 03/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold | 08/01/13 | J | | |
| 444. Nextera Energy Cap Hldgs Series J | A | Interest | | | Buy | 01/17/13 | J | | |
| 445. | | | | | Sold | 08/01/13 | J | | |
| 446. National Retail Properties Series E | | None | | | Buy | 06/13/13 | J | | |
| 447. | | | | | Sold | 08/02/13 | J | | |
| 448. Morgan Stanley Cap Tr IV | | None | | | Buy | 01/22/13 | J | | |
| 449. | | | | | Sold | 08/01/13 | J | | |
| 450. Public Storage Series W | A | Dividend | | | Buy | 01/16/13 | J | | |
| 451. | | | | | Sold | 08/01/13 | J | | |
| 452. Partnerre Ltd Series F 5.875% | A | Dividend | | | Buy | 02/12/13 | J | | |
| 453. | | | | | Sold | 08/01/13 | J | | |
| 454. Public Storage Series X | A | Dividend | | | Buy | 03/05/13 | J | | |
| 455. | | | | | Sold | 08/01/13 | J | | |
| 456. Prudential Financial Inc Junior Sub Notes 5.70% | A | Interest | | | Buy | 03/08/13 | J | | |
| 457. | | | | | Sold | 08/01/13 | J | | |
| 458. PPL Capital Funding Inc Ser B | A | Interest | | | Buy | 03/13/13 | J | | |
| 459. | | | | | Sold | 08/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 57

**Name of Person Reporting**

Fuller, Mark E.

**Date of Report**

12/02/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Renaissancere Hldgs Ltd Ser E | A | Dividend | | | Buy | 05/21/13 | J | | |
| 461. | | | | | Sold | 08/01/13 | J | | |
| 462. Wells Fargo & Co New Ser J | A | Dividend | | | Buy | 03/15/13 | J | | |
| 463. | | | | | Sold | 08/01/13 | J | | |
| 464. Vornado Realty Trust Series L | A | Dividend | | | Buy | 01/18/13 | J | | |
| 465. | | | | | Sold | 08/01/13 | J | | |
| 466. Ventas Realty LP 5.45% | A | Interest | | | Buy | 03/07/13 | J | | |
| 467. | | | | | Sold | 08/01/13 | J | | |
| 468. Wells Fargo & Co Class A | | None | | | Buy | 07/02/13 | J | | |
| 469. | | | | | Sold | 08/01/13 | J | | |
| 470. W.R. Berkley Corporation 5.625% | A | Interest | | | Buy | 04/26/13 | J | | |
| 471. | | | | | Sold | 08/01/13 | J | | |
| 472. Wells Fargo 5.85% | | None | | | Buy | 07/16/13 | J | | |
| 473. | | | | | Sold | 08/01/13 | J | | |
| 474. Merrill Lynch Bank Deposit #6 | A | Interest | J | T | | | | | |
| 475. Montpelier Re Holdings | A | Dividend | J | T | | | | | |
| 476. Morgan Stanley Cap VIII | A | Interest | J | T | Sold (part) | 10/22/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 57

Name of Person Reporting

Fuller, Mark E.

Date of Report

12/02/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Albemarle Corp | A | Dividend | K | T | Buy (add'l) | 02/20/13 | J | | |
| 478. | | | | | Sold (part) | 10/22/13 | K | A | |
| 479. Altria Group Inc | B | Dividend | K | T | Buy (add'l) | 06/04/13 | J | | |
| 480. | | | | | Sold (part) | 10/22/13 | J | C | |
| 481. Berkshire Hathaway Inc | | None | | | Sold (part) | 04/29/13 | K | D | |
| 482. | | | | | Sold | 04/30/13 | J | A | |
| 483. Blackrock Inc | A | Dividend | K | T | Sold (part) | 10/22/13 | K | C | |
| 484. Bristol-Myers Squibb Co | B | Dividend | K | T | Sold (part) | 10/22/13 | K | D | |
| 485. Chevron Corp | A | Dividend | K | T | Sold (part) | 10/22/13 | J | A | |
| 486. Cinn Fincl Crp Ohio | B | Dividend | K | T | Sold (part) | 10/22/13 | J | C | |
| 487. Cisco Systems Inc | A | Dividend | K | T | Sold (part) | 10/22/13 | J | B | |
| 488. Coca Cola Com | A | Dividend | K | T | Buy (add'l) | 06/04/13 | J | | |
| 489. | | | | | Sold (part) | 10/22/13 | J | B | |
| 490. Conocophillips | B | Dividend | K | T | Buy (add'l) | 01/31/13 | J | | |
| 491. | | | | | Sold (part) | 10/22/13 | K | C | |
| 492. Dominion Res Inc New Va | B | Dividend | K | T | Buy (add'l) | 06/04/13 | J | | |
| 493. | | | | | Sold (part) | 07/24/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 07/22/13 | K | C | |
| 495. Duke Energy Corp New | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 496. | | | | | Sold (part) | 10/22/13 | J | A | |
| 497. Federated Investrs B | B | Dividend | K | T | Buy (add'l) | 02/20/13 | J | | |
| 498. | | | | | Sold (part) | 10/22/13 | J | C | |
| 499. Frac Kinder Morgan Mgmt | | None | J | T | Buy (add'l) | 02/19/13 | J | | |
| 500. Hasbro Inc Com | B | Dividend | K | T | Sold (part) | 10/22/13 | K | C | |
| 501. Hatteras Finl Corp | B | Dividend | J | T | Buy (add'l) | 12/23/13 | J | | |
| 502. | | | | | Sold (part) | 11/20/13 | K | | |
| 503. Hershey Company | A | Dividend | | | Sold | 05/21/13 | J | B | |
| 504. | | | | | Sold | 05/20/13 | K | C | |
| 505. Intel Corp | B | Dividend | K | T | Buy (add'l) | 12/23/13 | J | | |
| 506. | | | | | Sold (part) | 11/20/13 | K | | |
| 507. Johnson and Johnson Com | A | Dividend | J | T | Sold (part) | 10/22/13 | J | B | |
| 508. Kinder Morgan Management | | None | K | T | Sold (part) | 10/22/13 | J | B | |
| 509. Lorillard Inc | B | Dividend | K | T | Buy (add'l) | 06/04/13 | J | | |
| 510. | | | | | Sold (part) | 10/22/13 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 57

Name of Person Reporting

Fuller, Mark E.

Date of Report

12/02/2014

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Lowe's Companies Inc | A | Dividend | K | T | Sold (part) | 10/22/13 | K | D | |
| 512. Meadwestvaco Corp | A | Dividend | J | T | Sold (part) | 10/22/13 | J | B | |
| 513. Microsoft Corp | A | Dividend | J | T | Sold (part) | 10/22/13 | J | A | |
| 514. Newmarket Corp | A | Dividend | K | T | Buy (add'l) | 04/26/13 | J | | |
| 515. | | | | | Sold (part) | 10/22/13 | K | C | |
| 516. Paychex Inc | A | Dividend | K | T | Sold (part) | 10/22/13 | K | B | |
| 517. Pfizer Inc | A | Dividend | | | Sold (part) | 05/17/13 | K | B | |
| 518. | | | | | Sold | 05/17/13 | K | D | |
| 519. Philip Morris Intl Inc | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 520. | | | | | Sold (part) | 10/22/13 | J | A | |
| 521. Reynolds American Inc | A | Dividend | J | T | Sold (part) | 10/22/13 | J | B | |
| 522. Verizon Communicatns Com | A | Dividend | J | T | Sold (part) | 10/22/13 | J | B | |
| 523. Wal-Mart Stores Inc | A | Dividend | | | Sold (part) | 02/20/13 | J | A | |
| 524. | | | | | Sold | 05/17/13 | K | C | |
| 525. Wells Fargo & Co New Del | A | Dividend | K | T | Sold (part) | 10/22/13 | J | C | |
| 526. Vornado Realty Trust | A | Dividend | J | T | Buy | 06/04/13 | J | | |
| 527. Carnival Corp Paired Shs | A | Dividend | K | T | Buy | 07/24/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold (part) | 11/20/13 | K | | |
| 529. Corning Inc | A | Dividend | K | T | Buy | 05/17/13 | K | | |
| 530. | | | | | Sold (part) | 10/22/13 | J | | |
| 531. Corrections Corp of Amer | A | Dividend | K | T | Buy | 05/09/13 | K | | |
| 532. | | | | | Sold (part) | 10/22/13 | J | | |
| 533. Genl Dynamics Corp Com | A | Dividend | K | T | Buy | 02/20/13 | K | | |
| 534. | | | | | Sold (part) | 10/22/13 | J | C | |
| 535. Spdr S P Divid ETF | A | Dividend | | | Buy | 11/20/13 | K | | |
| 536. | | | | | Sold | 12/23/13 | K | | |
| 537. Merrill Lynch Bank Deposit #7 | | None | J | T | | | | | |
| 538. ABB Ltd | A | Dividend | J | T | Buy (add'l) | 01/14/13 | J | | |
| 539. | | | | | Sold (part) | 08/16/13 | J | A | |
| 540. Alstom | | None | J | T | Buy | 08/16/13 | J | | |
| 541. Asseco Poland SA SP ADR | | None | J | T | Buy | 11/07/13 | J | | |
| 542. Astrazeneca Plc Spnd Adr | A | Dividend | J | T | Buy (add'l) | 01/24/13 | J | | |
| 543. | | | | | Sold (part) | 09/19/13 | J | A | |
| 544. BAE Systems Plc | A | Dividend | J | T | Buy (add'l) | 01/24/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 57

Name of Person Reporting

Fuller, Mark E.

Date of Report

12/02/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold (part) | 08/07/13 | J | A | |
| 546. Bayer Ag Namen-Akt | A | Dividend | J | T | Buy (add'l) | 01/25/13 | J | | |
| 547. | | | | | Sold (part) | 08/08/13 | J | A | |
| 548. BHP Billiton Limited | A | Dividend | J | T | Buy (add'l) | 01/24/13 | J | | |
| 549. | | | | | Sold (part) | 04/03/13 | J | | |
| 550. BOC Hong Kong | A | Dividend | J | T | Buy (add'l) | 01/25/13 | J | | |
| 551. | | | | | Sold (part) | 08/19/13 | J | A | |
| 552. British Amn Tobaco Spadr | A | Dividend | K | T | Buy (add'l) | 01/24/13 | J | | |
| 553. Canadian Oil Sands Ltd | A | Dividend | J | T | Buy (add'l) | 01/24/13 | J | | |
| 554. | | | | | Sold (part) | 08/16/13 | J | | |
| 555. Companhia Energ De Adr | A | Dividend | | | Buy (add'l) | 01/24/13 | J | | |
| 556. | | | | | Sold (part) | 07/10/13 | J | | |
| 557. | | | | | Sold | 07/10/13 | J | | |
| 558. Deutsche Post Ag | | None | K | T | Buy (add'l) | 01/24/13 | J | | |
| 559. | | | | | Buy (add'l) | 05/30/13 | J | | |
| 560. | | | | | Sold (part) | 05/30/13 | J | | |
| 561. | | | | | Sold (part) | 08/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 37 of 57

Name of Person Reporting

Fuller, Mark E.

Date of Report

12/02/2014

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Deutsche Telekom AG-REG | | None | K | T | Buy | 09/19/13 | K | | |
| 563. Diageo Plc Spsd Adr New | A | Dividend | | | Sold (part) | 03/11/13 | J | A | |
| 564. | | | | | Sold | 04/29/13 | J | A | |
| 565. Fraser and NEave Ltd | A | Dividend | | | Sold | 04/30/13 | J | A | |
| 566. GDF Suez | A | Dividend | J | T | Buy (add'l) | 01/09/13 | J | | |
| 567. | | | | | Sold (part) | 08/08/13 | J | | |
| 568. Glaxosmithkline New | A | Dividend | J | T | Buy | 01/10/13 | J | | |
| 569. HSBC Hldg Plc | A | Dividend | J | T | Buy (add'l) | 01/24/13 | J | | |
| 570. Imperial Tobacco Grp | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 571. Industrias Penoles Sa De | A | Dividend | | | Buy (add'l) | 06/25/13 | J | | |
| 572. | | | | | Sold (part) | 11/06/13 | J | | |
| 573. | | | | | Sold | 11/07/13 | J | | |
| 574. Israel Chemicals Ltd | A | Dividend | | | Buy (add'l) | 01/24/13 | J | | |
| 575. | | | | | Sold (part) | 11/08/13 | J | | |
| 576. | | | | | Sold | 11/08/13 | J | | |
| 577. Kirin Brewery 2503 | A | Dividend | J | T | Buy | 08/19/13 | J | | |
| 578. Lukoil Sponsored ADR | A | Dividend | J | T | Buy | 11/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting | Date of Report
Fuller, Mark E. | 12/02/2014

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Manulife Financial Corp | A | Dividend | K | T | Buy | 03/11/13 | J | | |
| 580. Mtn Group Ltd | A | Dividend | J | T | Buy (add'l) | 01/24/13 | J | | |
| 581. | | | | | Sold (part) | 11/07/13 | J | A | |
| 582. Munich Re-Ins Regd | A | Dividend | J | T | Buy (add'l) | 01/24/13 | J | | |
| 583. | | | | | Sold (part) | 08/16/13 | J | A | |
| 584. Nestle Sa Cham Und Veve | A | Dividend | K | T | Buy (add'l) | 01/25/13 | J | | |
| 585. | | | | | Sold (part) | 08/16/13 | J | A | |
| 586. Nippon Tel & Tel 9432 | A | Dividend | K | T | Buy | 07/23/13 | K | | |
| 587. North Atlantic Drilling | A | Dividend | J | T | Buy (add'l) | 01/01/13 | J | | |
| 588. | | | | | Buy (add'l) | 01/25/13 | J | | |
| 589. | | | | | Sold (part) | 04/08/13 | J | | |
| 590. | | | | | Sold (part) | 08/07/13 | J | | |
| 591. Novartis Adr | A | Dividend | K | T | Buy (add'l) | 01/24/13 | J | | |
| 592. | | | | | Sold (part) | 09/18/13 | J | A | |
| 593. Petrochina Co Ltd sp Adr | A | Dividend | | | Buy (add'l) | 01/24/13 | J | | |
| 594. | | | | | Sold (part) | 06/14/13 | J | | |
| 595. | | | | | Sold | 07/22/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. Philip Morris Intl Inc | A | Dividend | | | Buy (add'l) | 01/24/13 | J | | |
| 597. | | | | | Sold (part) | 11/06/13 | J | A | |
| 598. | | | | | Sold | 11/06/13 | J | A | |
| 599. Reckitt Benckiser Group | A | Dividend | J | T | Buy (add'l) | 01/24/13 | J | | |
| 600. | | | | | Sold (part) | 04/03/13 | J | A | |
| 601. | | | | | Sold (part) | 07/23/13 | J | A | |
| 602. Riocan RL Est Inv Tr Ont | A | Dividend | J | T | Buy (add'l) | 01/24/13 | J | | |
| 603. | | | | | Sold (part) | 09/19/13 | J | | |
| 604. Roche Holdings Genush Fn | A | Dividend | J | T | Buy (add'l) | 01/25/13 | J | | |
| 605. | | | | | Sold (part) | 08/16/13 | J | B | |
| 606. Roy Dut Shell Plc B Lon | A | Dividend | J | T | Buy (add'l) | 01/25/13 | J | | |
| 607. | | | | | Sold (part) | 08/16/13 | J | | |
| 608. RTL Group (Brussels LST) | A | Dividend | K | T | Buy | 06/14/13 | J | | |
| 609. Sanofi | A | Dividend | J | T | Buy (add'l) | 01/25/13 | J | | |
| 610. | | | | | Sold (part) | 04/03/13 | J | A | |
| 611. | | | | | Sold (part) | 08/16/13 | J | A | |
| 612. Siemens Ag Germ | A | Dividend | J | T | Buy (add'l) | 01/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  Singapore Telecomm Lt Ad | A | Dividend | J | T | Buy (add'l) | 01/24/13 | J | | |
| 614. | | | | | Sold (part) | 09/19/13 | J | A | |
| 615.  Smiths Group Plc, London | A | Dividend | J | T | Buy (add'l) | 01/25/13 | J | | |
| 616. | | | | | Sold (part) | 04/03/13 | J | A | |
| 617.  Sonic Healthcare Ltd | A | Dividend | J | T | Buy (add'l) | 01/24/13 | J | | |
| 618.  Statoil Asa | A | Dividend | J | T | Buy (add'l) | 01/24/13 | J | | |
| 619. | | | | | Sold (part) | 04/03/13 | J | | |
| 620. | | | | | Sold (part) | 08/07/13 | J | | |
| 621.  Taiwan S Manufctring Adr | A | Dividend | J | T | Buy (add'l) | 01/24/13 | J | | |
| 622. | | | | | Sold (part) | 04/03/13 | J | A | |
| 623. | | | | | Sold (part) | 08/16/13 | J | A | |
| 624.  PT Telekomunikasi Indone | A | Dividend | J | T | Buy (add'l) | 01/24/13 | J | | |
| 625. | | | | | Sold (part) | 03/13/13 | J | A | |
| 626. | | | | | Sold (part) | 08/19/13 | J | A | |
| 627.  Tesco Plc 5P | A | Dividend | J | T | Buy (add'l) | 06/25/13 | J | | |
| 628. | | | | | Sold (part) | 11/06/13 | J | A | |
| 629.  Total S.A. Sp Adr | A | Dividend | K | T | Buy (add'l) | 01/24/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Treasurey Wine Estates LT | | None | | | Sold | 01/10/13 | J | A | |
| 631. Unilever NV NY Reg Shs | A | Dividend | J | T | Buy (add'l) | 01/24/13 | J | | |
| 632. | | | | | Sold (part) | 11/06/13 | J | A | |
| 633. Untd Overseas Bk Spn Adr | A | Dividend | J | T | Buy (add'l) | 01/24/13 | J | | |
| 634. | | | | | Sold (part) | 09/19/13 | J | A | |
| 635. Vodafone Grop Plc Sp Adr | A | Dividend | K | T | Buy (add'l) | 01/24/13 | J | | |
| 636. | | | | | Sold (part) | 07/23/13 | J | A | |
| 637. Zurich Insurance Group | A | Distribution | J | T | Buy (add'l) | 01/24/13 | J | | |
| 638. | | | | | Sold (part) | 09/19/13 | J | A | |
| 639. Osram Licht AG EUR | | None | | | Buy | 01/25/13 | J | | |
| 640. | | | | | Sold | 11/06/13 | J | A | |
| 641. Merrill Lynch Bank Deposit #8 | | None | J | T | | | | | |
| 642. Aberdeen Global High | B | Dividend | K | T | Buy | 01/07/13 | K | | |
| 643. | | | | | Sold (part) | 09/24/13 | J | | |
| 644. Alliancebernstein Global | B | Dividend | | | Buy (add'l) | 01/07/13 | K | | |
| 645. | | | | | Sold (part) | 11/19/13 | K | | |
| 646. | | | | | Sold | 11/19/13 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. Angel Oak Multi Strategy | A | Dividend | K | T | Buy | 07/10/13 | L | | |
| 648. | | | | | Sold (part) | 09/24/13 | K | | |
| 649. Blackrock Global Long | A | Dividend | K | T | Buy | 07/10/13 | K | | |
| 650. | | | | | Sold (part) | 11/19/13 | K | A | |
| 651. Doubleline Total Return | B | Dividend | | | Buy (add'l) | 01/31/13 | J | | |
| 652. | | | | | Sold (part) | 11/19/13 | K | A | |
| 653. | | | | | Sold | 11/19/13 | L | | |
| 654. First Eagle High Yield | B | Dividend | K | T | Buy | 01/07/13 | K | | |
| 655. | | | | | Sold (part) | 09/24/13 | K | | |
| 656. Goldman Sachs Strategic | A | Dividend | K | T | Buy | 11/19/13 | K | | |
| 657. JP Morgan Strategic | A | Dividend | K | T | Buy | 07/10/13 | K | | |
| 658. | | | | | Sold (part) | 09/24/13 | K | A | |
| 659. Loomis Sayles Bond Fd | | None | K | T | Buy (add'l) | 06/26/13 | J | | |
| 660. | | | | | Sold (part) | 09/24/13 | K | B | |
| 661. | | | | | Sold (part) | 09/24/13 | J | A | |
| 662. Loomis Sayles Invt Grade | B | Dividend | | | Sold | 01/07/13 | L | B | |
| 663. Lord Abbett Short | A | Dividend | | | Sold | 01/07/13 | L | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. Lord Abbett Floating | B | Dividend | K | T | Buy (add'l) | 07/10/13 | J | | |
| 665. | | | | | Sold (part) | 08/23/13 | J | | |
| 666. | | | | | Sold (part) | 09/24/13 | K | A | |
| 667. Mainstay High Yield | A | Dividend | | | Buy (add'l) | 06/27/13 | J | | |
| 668. | | | | | Sold (part) | 07/10/13 | K | B | |
| 669. | | | | | Sold | 07/10/13 | K | A | |
| 670. MFS Emerging Markets | | None | | | Buy (add'l) | 01/07/13 | J | | |
| 671. | | | | | Sold (part) | 11/19/13 | J | | |
| 672. | | | | | Sold | 11/19/13 | K | | |
| 673. MFS Research Bond Fund | B | Dividend | | | Buy (add'l) | 01/07/13 | J | | |
| 674. | | | | | Sold (part) | 11/19/13 | J | | |
| 675. | | | | | Sold | 11/19/13 | L | | |
| 676. MFS Emerging MKTS Debt | B | Dividend | K | T | Buy | 11/19/13 | K | | |
| 677. Pimco Total Return Fund | A | Dividend | | | Sold | 01/07/13 | M | B | |
| 678. RS Floating Rate Fund | B | Dividend | K | T | Buy | 01/07/13 | K | | |
| 679. | | | | | Sold (part) | 09/24/13 | K | | |
| 680. TCW Emerging | A | Dividend | | | Buy (add'l) | 01/31/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Fuller, Mark E.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Sold (part) | 11/19/13 | K | A | |
| 682. | | | | | Sold | 11/19/13 | K | | |
| 683. TCW Emerging Markets | B | Dividend | K | T | Buy | 11/19/13 | K | | |
| 684. Templeton Global Total | A | Dividend | L | T | Buy | 11/19/13 | L | | |
| 685. Western Asset Middle Mkt | D | Dividend | M | T | Buy | 01/01/13 | M | | |
| 686. OZDPII Access LLC | | None | M | T | Buy | 09/01/13 | M | | |
| 687. Paloma Access LLC | | None | M | T | Buy | 10/01/13 | M | | |
| 688. Templeton Glbl Bond Fund Adv CL | C | Dividend | | | Buy | 01/07/13 | M | | |
| 689. | | | | | Sold | 11/19/13 | M | | |
| 690. Merrill Lynch Bank Deposit #9 | | None | J | T | | | | | |
| 691. Alliance hldgs Gp LP | B | Dividend | K | T | Sold (part) | 10/03/13 | K | C | |
| 692. Boardwalk Pipeline Ptnrs | B | Dividend | K | T | | | | | |
| 693. Cedar Fair Dep Unt Lp | C | Dividend | K | T | Sold (part) | 10/03/13 | K | D | |
| 694. Centerpoint Energy Inc | A | Dividend | K | T | | | | | |
| 695. (X)Crestwood Equity Partners | A | Dividend | K | T | Buy | 02/08/13 | J | | |
| 696. (X)Crestwood Midstream Partners LP New | A | Dividend | K | T | | | | | |
| 697. El Paso Pipeline Partner | A | Dividend | | | Sold | 07/01/13 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. Enbridge Inc | A | Dividend | | | Sold (part) | 02/11/13 | J | A | |
| 699. | | | | | Sold | 07/01/13 | J | B | |
| 700. Energy Transfer Equity L | C | Dividend | L | T | Sold (part) | 09/16/13 | K | D | |
| 701. Enterprise Prdts Prtn LP | B | Dividend | K | T | | | | | |
| 702. Inergy LP | B | Dividend | | | Buy (add'l) | 06/24/13 | J | | |
| 703. | | | | | Sold | 08/23/13 | J | | |
| 704. Inergy Midstream LLC | A | Dividend | | | Sold | 05/10/13 | J | A | |
| 705. Markwest Energy Partners | A | Dividend | | | Sold | 02/11/13 | J | | |
| 706. Nustar GP Hldgs LLC Unit | B | Dividend | | | Sold | 11/20/13 | K | | |
| 707. NGL Energy Partners LP | | None | K | T | Buy | 12/05/13 | K | | |
| 708. Oneok Inc (Oklahoma) | A | Dividend | K | T | Buy (add'l) | 07/05/13 | J | | |
| 709. | | | | | Sold (part) | 10/03/13 | J | B | |
| 710. Regency Energy Partners | C | Dividend | K | T | Buy (add'l) | 02/08/13 | K | | |
| 711. | | | | | Sold (part) | 10/03/13 | K | B | |
| 712. Spectra Energy Partners | B | Dividend | K | T | Sold (part) | 07/08/13 | J | C | |
| 713. Suburban Propane | B | Dividend | K | T | Buy (add'l) | 02/08/13 | J | | |
| 714. Teekay Lng Partners | A | Dividend | K | T | Buy (add'l) | 12/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. Teekay Offshore Partners | B | Distribution | K | T | | | | | |
| 716. Western Gas Partners LP | B | Dividend | K | T | Sold (part) | 08/23/13 | K | D | |
| 717. Williams Companies Del | B | Dividend | K | T | | | | | |
| 718. PAA Nat Gas Storage LP | A | Dividend | | | Sold | 09/16/13 | J | B | |
| 719. PVR Partners LP | C | Dividend | K | T | | | | | |
| 720. Southcross Energy | B | Dividend | | | Sold | 11/20/13 | J | B | |
| 721. Merrill Lynch Bank Deposit #10 | | None | J | T | | | | | |
| 722. Blackrock Emerging Mkts Long Short EQ | | None | | | Buy | 01/03/13 | J | | |
| 723. | | | | | Sold | 07/05/13 | J | A | |
| 724. Cohen & Steers Global | | None | | | Sold | 01/03/13 | K | B | |
| 725. CRM International | | None | | | Sold | 01/07/13 | J | A | |
| 726. Delaware Emerging | | None | | | Buy (add'l) | 01/03/13 | J | | |
| 727. | | | | | Sold (part) | 07/05/13 | J | | |
| 728. | | | | | Sold | 07/05/13 | J | | |
| 729. Dreyfus Emerging Mkts | | None | | | Sold | 01/03/13 | J | A | |
| 730. DB X-Trackers MSCI EAFE | A | Dividend | K | T | Buy | 07/05/13 | K | | |
| 731. DWS Rreef Global Infrast | A | Dividend | K | T | Buy | 01/03/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. Fairholme Fund | B | Dividend | K | T | Sold (part) | 03/04/13 | J | A | |
| 733. | | | | | Sold (part) | 07/05/13 | J | A | |
| 734. First Eagle | C | Dividend | K | T | | | | | |
| 735. First Eagle Gold Fund | | None | | | Buy (add'l) | 03/04/13 | J | | |
| 736. | | | | | Sold (part) | 07/05/13 | J | | |
| 737. | | | | | Sold | 07/05/13 | J | | |
| 738. IShares MSCI South Korea | | None | | | Buy (add'l) | 03/04/13 | J | | |
| 739. | | | | | Sold (part) | 07/05/13 | J | A | |
| 740. | | | | | Sold | 07/05/13 | J | | |
| 741. Invesco Developing | A | Dividend | K | T | Buy | 07/05/13 | K | | |
| 742. IShares MSCI Turkey Inde | A | Dividend | J | T | Sold (part) | 01/03/13 | J | B | |
| 743. Kinetics Paradigm Fund | A | Dividend | K | T | Sold (part) | 01/03/13 | J | A | |
| 744. Lateef fund Cl I | B | Dividend | K | T | Sold (part) | 07/05/13 | J | A | |
| 745. Lord Abbett Emerging | A | Dividend | K | T | Buy | 01/03/13 | K | | |
| 746. Market Vectors Etf Tr | | None | | | Sold | 01/03/13 | J | | |
| 747. Mainstay Marketfield | A | Dividend | K | T | Buy | 01/03/13 | K | | |
| 748. Matthews Pacific Tiger F | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. MFS Research | | None | | | Sold | 01/03/13 | J | A | |
| 750. Oppenheimer Gold & Sp Minerals | | None | | | Buy (add'l) | 03/04/13 | J | | |
| 751. | | | | | Sold (part) | 07/05/13 | J | | |
| 752. | | | | | Sold | 07/05/13 | J | | |
| 753. Permanent Portfolio Fund | B | Dividend | K | T | Buy | 01/03/13 | K | | |
| 754. RS Global Natural | A | Dividend | J | T | Buy | 01/03/13 | J | | |
| 755. | | | | | Sold (part) | 07/05/13 | J | | |
| 756. Royce Pennsylvnia Mutual | | None | | | Sold | 01/03/13 | J | A | |
| 757. Templeton Emerging Mrkts | A | Dividend | K | T | | | | | |
| 758. Templeton Glbl Bond Fd | A | Dividend | | | Buy (add'l) | 01/02/13 | J | | |
| 759. | | | | | Sold | 01/23/13 | J | A | |
| 760. The Oak Mark Intl Fund | B | Dividend | K | T | Buy | 01/03/13 | K | | |
| 761. Touchstone Sands Capital | A | Dividend | K | T | Buy | 07/05/13 | K | | |
| 762. Van Eck Global Hard | A | Dividend | J | T | Buy (add'l) | 03/04/13 | J | | |
| 763. | | | | | Sold (part) | 07/05/13 | J | | |
| 764. | | | | | Sold (part) | 07/05/13 | J | | |
| 765. Wisdomtree Trust Japan | A | Dividend | K | T | Buy | 03/04/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. Yacktman Focused Fund | A | Dividend | K | T | Buy | 07/05/13 | K | | |
| 767. Jones Lang LaSalle | C | Distribution | N | T | Buy | 01/30/13 | L | | |
| 768. | | | | | Buy | 05/06/13 | J | | |
| 769. | | | | | Buy | 09/11/13 | M | | |
| 770. | | | | | Buy | 11/04/13 | J | | |
| 771. iShares MSCI Japan | A | Dividend | | | Buy | 01/03/13 | J | | |
| 772. | | | | | Sold | 07/05/13 | J | A | |
| 773. Lateef Fund Cl I | | None | | | Buy | 03/04/13 | J | | |
| 774. | | | | | Sold | 07/05/13 | J | A | |
| 775. Merrill Lynch Bank Deposit #10 | A | Interest | L | T | | | | | |
| 776. Call SPXQ (Broad Based Index Options) | | None | J | T | Buy | 11/19/13 | J | | |
| 777. PUT SPXQ (Broad Based Index Options) | | None | J | T | Buy | 12/20/13 | J | | |
| 778. Call SPXQ :& Put SPXQ Broad Based Index Options | | None | | | Buy | 01/08/13 | P1 | | |
| 779. | | | | | Sold | 12/20/13 | P1 | | |
| 780. Merrill Lynch Bank Deposit Program #11 | | None | K | T | Open | 03/27/13 | K | | |
| 781. Aston/Montag & Caldwell | D | Dividend | M | T | Buy | 03/27/13 | M | | |
| 782. Columbia Select Large | C | Dividend | M | T | Buy | 09/17/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. iShares Russell 1000 | A | Dividend | K | T | Buy | 03/27/13 | K | | |
| 784. | | | | | Sold (part) | 09/17/13 | J | A | |
| 785. Mainstay Large Cap | D | Dividend | M | T | Buy | 03/27/13 | M | | |
| 786. | | | | | Sold (part) | 09/17/13 | J | B | |
| 787. TCW Select | B | Dividend | L | T | Buy | 09/17/13 | L | | |
| 788. Calamos Growth Fund Cl i | | None | | | Buy | 03/27/13 | L | | |
| 789. | | | | | Sold | 09/17/13 | L | D | |
| 790. Victory Large Cap Growth Fd CL Y | | None | | | Buy | 03/27/13 | M | | |
| 791. | | | | | Sold | 09/17/13 | M | D | |
| 792. Merrill Lynch Bank Deposit #12 | | None | J | T | Open | 09/11/13 | J | | |
| 793. American Century | B | Dividend | K | T | Buy | 09/11/13 | K | | |
| 794. iShares Intl Developed | B | Dividend | K | T | Buy | 09/11/13 | K | | |
| 795. Nuveen Real Estate | B | Dividend | K | T | Buy | 09/11/13 | K | | |
| 796. Pimco Commodity Real | A | Dividend | K | T | Buy | 09/11/13 | L | | |
| 797. | | | | | Sold (part) | 11/20/13 | K | | |
| 798. Prudential Global Real | A | Dividend | K | T | Buy | 09/11/13 | K | | |
| 799. Goldman Sachs Group Inc | | None | | | Buy | 11/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Sold | 12/23/13 | J | A | |
| 801. SPDR DJ Wilshire Global | A | Dividend | | | Buy | 11/20/13 | J | | |
| 802. | | | | | Sold | 12/23/13 | J | | |
| 803. Merrill Lynch Bank Deposit #13 | | None | J | T | | | | | |
| 804. Advent Software Inc | | None | J | T | Buy | 07/12/13 | J | | |
| 805. Albemarle Corp Comm | A | Dividend | K | T | Buy | 07/12/13 | K | | |
| 806. Alexander & Baldwin Inc. | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 807. | | | | | Sold (part) | 11/20/13 | J | | |
| 808. Alleghany Corp Del Comm | | None | J | T | Buy | 07/12/13 | J | | |
| 809. | | | | | Sold (part) | 08/22/13 | J | | |
| 810. Alliant Techsystems Inc | A | Dividend | J | T | Buy | 08/22/13 | J | | |
| 811. Amer Eagle Outfitters | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 812. | | | | | Sold (part) | 11/20/13 | J | | |
| 813. Atwood Oceanics Inc | | None | K | T | Buy | 07/12/13 | K | | |
| 814. Cabelas Inc | | None | J | T | Buy | 07/12/13 | J | | |
| 815. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 816. | | | | | Sold (part) | 11/20/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| | Fuller, Mark E. | | 12/02/2014 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. Columbia Sportswear Co | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 818. Corrections Corp of Amer | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 819. Deckers Outdoors Corp | None | | K | T | Buy | 10/18/13 | J | | |
| 820. Eaton Vance Corp Invt | A | Dividend | K | T | Buy | 07/12/13 | K | | |
| 821. | | | | | Sold (part) | 10/18/13 | J | A | |
| 822. Energizer Hldgs Inc Com | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 823. | | | | | Sold (part) | 10/18/13 | J | | |
| 824. First Indl Realty Tr Inc | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 825. Hatteras Finl Corp | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 826. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 827. | | | | | Sold (part) | 11/20/13 | J | | |
| 828. Kaman Corp Com | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 829. | | | | | Sold (part) | 10/23/13 | J | | |
| 830. Martin Marietta Matls | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 831. Matson Inc | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 832. | | | | | Sold (part) | 11/20/13 | J | | |
| 833. Mbia Inc | None | | J | T | Buy | 07/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | | Date of Report |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Sold (part) | 11/20/13 | J | | |
| 835. Micrel Inc | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 836. | | | | | Sold (part) | 10/21/13 | J | | |
| 837. Montpelier Re Hldgs Ltd | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 838. | | | | | Sold (part) | 08/26/13 | J | | |
| 839. Newmarket Corp | A | Dividend | K | T | Buy | 07/12/13 | K | | |
| 840. Nu Skin Enterprs A $.001 | A | Dividend | K | T | Buy | 07/12/13 | J | | |
| 841. Old Dominion Fght Lines | | None | K | T | Buy | 07/12/13 | K | | |
| 842. | | | | | Sold (part) | 08/22/13 | J | A | |
| 843. Pricesmart Inc | A | Dividend | K | T | Buy | 07/12/13 | K | | |
| 844. Ritchie Bros Auctioneers | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 845. | | | | | Sold (part) | 10/18/13 | J | A | |
| 846. Service Corp Intl | A | Dividend | K | T | Buy | 07/12/13 | K | | |
| 847. Sturm Ruger & Co Inc | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 848. Tejon Ranch Co Pv 0.50 | | None | J | T | Buy | 07/12/13 | J | | |
| 849. Tempur Sealy Intl Inc | | None | K | T | Buy | 10/18/13 | J | | |
| 850. Tenet Healthcare Corp | | None | J | T | Buy | 07/12/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. Tredegar Corp Virginia | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 852. | | | | | Sold (part) | 11/20/13 | J | | |
| 853. Valueclick Inc Del Com | | None | J | T | Buy | 07/12/13 | J | | |
| 854. | | | | | Sold (part) | 10/21/13 | J | | |
| 855. White Mtns Ins Grp Ltd | | None | J | T | Buy | 07/12/13 | J | | |
| 856. World Fuel Services Corp | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 857. | | | | | Sold (part) | 10/22/13 | J | | |
| 858. WT08 16TEJON Ranch Wt | | None | J | T | Buy | 09/04/13 | J | | |
| 859. iShares TR Russell 2000 | A | Dividend | K | T | Buy | 11/20/13 | L | | |
| 860. | | | | | Sold (part) | 12/27/13 | K | B | |
| 861. Kraton Perfrmnce Polymrs | | None | | | Buy | 07/12/13 | J | | |
| 862. | | | | | Sold | 10/24/13 | J | | |
| 863. (X) Diamond DA-40 180 N313AF | | None | M | W | | | | | |
| 864. | | | | | | | | | |
| 865. | | | | | | | | | |
| 866. | | | | | | | | | |
| 867. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | | | | | |
| 869. | | | | | | | | | |
| 870. | | | | | | | | | |
| 871. | | | | | | | | | |
| 872. | | | | | | | | | |
| 873. | | | | | | | | | |
| 874. | | | | | | | | | |
| 875. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 6-9 on the 2012 report are not repeated on this report as ▮▮▮▮ is no longer my dependent.

During the year 2013, I traded in Broad Based Index Options. The sum of these trades for the year is reported on line 772 and 773. The trades resulted in a loss.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Mark E. Fuller**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544